AO 91 (Rev. 11/11) Criminal Complaint     AUSA Vincenza Tomlinson (312) 353-5496




UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMIRO DELGADO-SANDOVAL, aka "Arturo Sandovar" and "Ramiro Delgado" | CASE NUMBER: 26 CR 13 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about January 9, 2026, at Cook County, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | being an alien who previously had been deported and removed from the United States on or about May 16, 2008, March 1, 2011, and August 6, 2015, was found in the United States without previously having obtained the express consent of the Secretary of Homeland Security, for reapplication by defendant for admission into the United States |

This criminal complaint is based upon these facts:

  X    Continued on the attached sheet.

ANDREW P. SCHREIBER
Digitally signed by ANDREW P SCHREIBER
Date: 2026.01.13 14:00:55 -06'00'

ANDREW P. SCHREIBER
Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 13, 2026

_Judge's signature_

City and state: Chicago, Illinois     LAURA K. MCNALLY, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, ANDREW SCHREIBER, being duly sworn, state as follows:

1. I am a Special Agent with the Department of Homeland Security ("DHS") Homeland Security Investigations ("HSI") and have been so employed since approximately August 2024. Prior to that, from approximately September 2021 to August 2024, I served as a Federal Air Marshal with the Transportation Security Administration. I am currently assigned to the HSI Chicago Homeland Security Task Force ("HSTF"), and my responsibilities include criminal investigations, including those involving organized criminal and gang activity, international money laundering, narcotics trafficking, and investigations involving criminal aliens.

2. I submit this affidavit in support of a criminal complaint alleging that RAMIRO DELGADO-SANDOVAL, aka "Arturo Sandovar" and "Ramiro Delgado," has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having previously been removed. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging DELGADO-SANDOVAL with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe establish that DELGADO-SANDOVAL committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, my training and experience, information provided to me by other law enforcement agents and officers, and my review of records maintained by the FBI, the Department of Justice ("DOJ"), Immigration and Customs Enforcement ("ICE"), other components of the Department of Homeland Security ("DHS"), and other government agencies.

4. According to DHS records, DELGADO-SANDOVAL is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that DELGADO-SANDOVAL was born in Mexico in 1975.

5. According to NCIC, on or about March 13, 2003, DELGADO-SANDOVAL, under the alias "Ramiro Delgado," was convicted in the Circuit Court of Cook County, Illinois of possession of more than 15 but less than 100 grams of heroin, in case number 2002CR0974820. In connection with the arrest that led to that conviction, on or about September 17, 2002, DELGADO-SANDOVAL was turned over to immigration authorities pursuant to an immigration detainer and was photographed and fingerprinted, and his fingerprints were entered into a law enforcement database.[1]

6. According to DHS records, on or about December 14, 2004, DELGADO-SANDOVAL was ordered removed from the United States by an Immigration Judge in Chicago, Illinois. Pursuant to that order of removal, DELGADO-SANDOVAL was ordered to report to a United States Immigration Officer on or about April 28, 2005

---

[1] DELGADO-SANDOVAL remained in the United States after being turned over to immigration authorities, as evidenced by his March 13, 2003 conviction and his subsequent order of removal on December 14, 2004.

2

in Chicago, Illinois for deportation. DELGADO-SANDOVAL failed to report as directed and was declared a fugitive.

7. According to NCIC records, on or about April 3, 2008, DELGADO-SANDOVAL, under the name "Ramiro Delgado," was arrested and charged in the Circuit Court of Cook County, Illinois, for possession of a controlled substance, in case number 200811131250. DELGADO-SANDOVAL was fingerprinted in connection with that arrest, and his fingerprints were entered into a law enforcement database. The previously entered December 14, 2004 order of removal was reinstated, and DELGADO-SANDOVAL was removed from the United States on or about May 16, 2008 through Chicago, Illinois. DELGAGO-SANDOVAL's photograph and fingerprint appear on the DHS Form I-205 associated with this removal, but the date and port of removal are not included.

8. On or about an unknown date at or near an unknown location, DELGADO-SANDOVAL re-entered the United States without being inspected, admitted or paroled by immigration authorities.

9. According to NCIC, on or about August 28, 2009, DELGADO-SANDOVAL, under the name "Ramiro Delgado," was convicted in the Circuit Court of Cook County, Illinois of possession of more than 15 but less than 100 grams of cocaine and possession of marijuana with intent to deliver, and was sentenced to four years' imprisonment. DELGADO-SANDOVAL was fingerprinted in connection with that conviction and his fingerprints were entered into a law enforcement database.

10. According to State of Illinois and NCIC records, the Illinois Department of Corrections released DELGADO-SANDOVAL from prison on or about January 25, 2011, to United States immigration authorities.

11. DHS records reflect that on or about March 1, 2011, the previously entered removal order of December 14, 2004, was reinstated, and DELGADO-SANDOVAL was removed from the United States to Mexico through Brownsville, Texas. DELGAGO-SANDOVAL's photograph and fingerprint appear on the DHS Form I-205 associated with this removal.

12. According to records maintained by the United States District Court for the Northern District of Illinois under case number 13 CR 378, on or about April 5, 2013, DELGADO-SANDOVAL re-entered the United States without being inspected, admitted or paroled by immigration authorities.

13. Records maintained by the United States District Court for the Northern District of Illinois under case number 13 CR 378 reflect that on or about February 18, 2014, DELGADO-SANDOVAL was convicted of illegal reentry by a removed alien, in violation of 8 U.S.C. § 1326(a), and sentenced to 31 months' imprisonment. DELGADO-SANDOVAL was fingerprinted in connection with the arrest associated with this conviction, and his fingerprints were entered into a law enforcement database. Additionally, in a plea declaration association with that case, DELGADO-SANDOVAL admitted he was an alien who had previously been deported from the United States and he re-entered the United States without having obtained prior express consent of the United States Attorney General for reapplication for

admission into the United States. *United States v. Ramiro Delgado Sandoval,* 1:13-cr-00378, Dkt. 21.

14. According to DHS records, on or about July 23, 2015, the previously entered removal order of December 14, 2004, was reinstated, and DELGADO-SANDOVAL was ordered removed from the United States to Mexico by an Immigration Official in Eden, Texas.

15. According to DHS records, on or about August 6, 2015, DELGADO-SANDOVAL was removed from the United States through Del Rio, Texas. DELGAGO-SANDOVAL's photograph, and fingerprint appear on the DHS Form I-205 associated with this removal.

16. On or about an unknown date at or near an unknown location, DELGADO-SANDOVAL re-entered the United States without being inspected, admitted or paroled by immigration authorities.

17. On or about January 9, 2026, DHS/ICE was aware that DELGADO-SANDOVAL was present in the United States, in Chicago, Illinois. DELGADO-SANDOVAL was arrested based upon his illegal alien status by the DHS agents in Chicago, Illinois and was transported to the Broadview Field Office for processing. DELGADO-SANDOVAL was fingerprinted in connection with this arrest, and his fingerprints were entered into a law enforcement database.

18. Also, on or about January 9, 2026, the fingerprints of the individual arrested on January 9, 2026 were submitted to a law enforcement database which confirmed a match to the fingerprints and FBI number previously entered into the

2

system belonging to DELGADO-SANDOVAL, "Ramiro Delgado" and "Arturo Sandovar"[2], including fingerprints connected to DELGADO-SANDOVAL's March 13, 2003 conviction for possession of heroin, April 3, 2008 arrest for possession of a controlled substance, August 28, 2009 drug convictions for possession of cocaine and possession of marijuana with intent to deliver, and his February 18, 2014 conviction for illegal re-entry, as well as fingerprints connected to DELGADO-SANDOVAL's May 16, 2008, March 1, 2011, and August 6, 2015 removals.

19. DHS records reflect that since his last removal, DELGADO-SANDOVAL has not applied for or received permission from the Secretary of Homeland Security to re-enter the United States.

---

[2] "Arturo Sandovar" is alias associated with DELGADO-SANDOVAL's FBI number.

2

20. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about January 9, 2026 at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, DELGADO-SANDOVAL, being an alien who had been deported and removed from the United States on or about May 16, 2008, March 1, 2011, and August 6, 2015 was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

ANDREW P SCHREIBER
Digitally signed by ANDREW P SCHREIBER
Date: 2026.01.13 14:02:03 -06'00'

ANDREW P. SCHREIBER
Special Agent, Homeland Security
Investigations (HSI)

SWORN TO AND AFFIRMED by telephone on January __13__, 2026

*Laura K. McNally*

Honorable Laura K. McNally
United States Magistrate Judge

BOX SIGN   1XXPJQ36-136Y382V

2